ASHLEY D. POSNER (California Bar No.: 106195)
Email: ashleyposner@gmail.com
**POSNER LAW CORPORATION**
15303 Ventura Boulevard, Suite 900
Sherman Oaks, California 91403
Telephone No. (310) 475-8520
Facsimile No. (818) 986-2203

**HILLYER LEGAL, PLLC**
Gregory L. Hillyer (*Pro Hac Vice - To Be Filed*)
E-mail: ghillyer@hillyerlegal.com
5335 Wisconsin Avenue, N.W.
Washington, D.C. 20015
Telephone No. (202) 686-2884
Facsimile No. (202) 686-2877

*Attorneys for Plaintiff,*
TRINITY INFO MEDIA, LLC

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITY INFO MEDIA, LLC<br><br>f/k/a TRINITY INTEL MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COFFEE MEETS BAGEL, INC.,<br><br>Defendant. | CASE NO.: _____<br><br>COMPLAINT FOR<br><br>PATENT INFRINGEMENT<br>(35 U.S.C. § 271) |

Plaintiff Trinity Info Media, LLC f/k/a Trinity Intel Media, LLC, for its Complaint against Defendant Coffee Meets Bagel, Inc. ("CMB"), alleges as follows:

///

///

///

## INTRODUCTION

1.      This case seeks relief from patent infringement.

## JURISDICTION AND VENUE

2.      The cause of action in this Complaint arises under the Patent Act, 35 U.S.C. § 101 *et seq.*

3.      This Court has federal question jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338.

4.      Venue is proper in this Court pursuant 28 U.S.C. § 1391 since CMB is headquartered in this district and is an entity engaged in infringing activities which are causing harm within this district through the use, making, offering for sale or selling of infringing products and services to consumers in this district and throughout California.

## THE PARTIES

5.      Plaintiff Trinity Info Media, LLC, formerly known as Trinity Intel Media, LLC (collectively, "Trinity"), is a limited liability company organized under the laws of Delaware, with its principal place of business at 756 Robinwood Drive, Pittsburgh, PA 15220.

6.      Upon information and belief, Defendant Coffee Meets Bagel, Inc. ("CMB") is a Delaware Corporation, based in California, doing business in this state and having a corporate address of 391 Grove Street, San Francisco, CA 94102.

## GENERAL ALLEGATIONS

### Trinity and its Poll-Based Networking

7.      Trinity is in the business of creating, launching and operating social online experiences with a focus on poll-based networking.

8.      Trinity operates "pollpals" which allows users to engage in unique online polling on the interactive website, www.pollpals.com.

9.      Through this website, users can respond to poll questions created by other users or create their own polls.  The polls span a wide range of topics, including history,

COMPLAINT FOR PATENT INFRINGEMENT

1  sports, technology, politics and popular culture to name a few.

2      10.    Depending on the unique answers to particular questions, users can learn

3  the similarity of other user's responses, how many other users participated, the

4  inspiration behind a certain poll and other metrics that enhance the overall experience.

5      11.    Users of pollpals can also leave comments, start a discussion, make

6  recommendations, generate likes and participate in other social networking activities.

7  <center>**Trinity's Patent Rights**</center>

8  <center>**The '321 Patent**</center>

9      12.    On July 21, 2015, the United States Patent and Trademark Office duly and

10  legally issued U.S. Patent No. 9,087,321 ("the '321 Patent"), entitled "Poll-Based

11  Networking System."

12      13.    A true and correct copy of the '321 Patent is attached as Exhibit 1.

13      14.    Trinity is the sole owner of right and title to the '321 Patent.

14      15.    The '321 Patent is presumed valid under 35 U.S.C. § 282.

15      16.    The '321 Patent is directed, in part, to poll-based networking systems,

16  methods and computer program products.  These systems, methods and products may

17  be employed to produce an on-line network of people (*i.e.*, friends) who are determined

18  through polling each user and identifying other users based on matching the responses.

19      17.    For example, after a user creates an initial profile, the system may poll the

20  user with a first question.  After the user provides an answer, the system may compare

21  it to the answers of other users, identify users who answered similarly (*i.e.*, a match)

22  and share the matched users.  The user may progressively answer additional questions,

23  and the system may progressively updating the matches and presenting the other users.

24      18.    Claim 1 of the '321 Patent is directed to a poll-based networking system,

25  comprising: a data processing system having one or more processors and a memory,

26  the memory being specifically encoded with instructions such that when executed, the

27  instructions cause the one or more processors to perform operations of: (a) receiving

28  user information from a user to generate a unique user profile for the user; (b) providing

the user a first polling question, the first polling question having a finite set of answers and a unique identification; (c) receiving and storing a selected answer for the first polling question; (d) comparing the selected answer against the selected answers of other users, based on the unique identification, to generate a likelihood of match between the user and each of the other users; and (e) displaying to the user the user profiles of other users that have a likelihood of match within a predetermined threshold.

### The '840 Application

19.    The application that led to the '321 Patent also led to other patents and applications, including U.S. Patent Nos. 9,230,032, U.S. Patent No. 10,019,722 and U.S. Serial No. 16/025,840 (U.S. Publication No. 2019/0012389) ("the '840 Application"), which is currently pending.

20.    The '840 Application contains claims reciting systems and methods for causing one or more processors (having an associated memory) to collectively perform operations of: (1) receiving user information from a user to generate a unique user profile for the user; (2) providing the user one or more polling questions, the one or more polling questions having a finite set of answers and a unique identification; (3) receiving and storing a selected answer for the one or more polling questions; (4) comparing the selected answer against the selected answers of other users, based on the unique identification, to generate a likelihood of match between the user and each of the other users; and (5) causing to be displayed to the user other users that have a likelihood of match within a predetermined threshold; wherein one or more of the operations are carried out on a hand-held device; and two or more results based on the likelihood of match are displayed in a list reviewable by swiping from one result to another.

21.    In certain claims of the '840 Application, the user and each of the other uses have the same gender.

///

///

**CMB's Infringing Product**

22.     CMB is a dating and social networking service.

23.     CMB promotes quality, curative matches based on various criteria, including age, location, appearance, lifestyle and income level.

24.     CMB makes, uses, offers to sell and/or sells the application known as Coffee Meets Bagel ("The CMB App").

25.     The CMB App was designed to connect profile users and offer introductory information for matches.

26.     The CMB App is promoted through the site www.coffeemeetsbagel.com as well as various social media platforms, including Facebook, Twitter and Instagram.

27.     The CMB App can be downloaded through Google's GooglePlay or Apple's AppStore which are accessible directly, or via CMB's website and elsewhere.

28.     The CMB App contains the elements of at least claim 1 of the '321 Patent.

29.     By virtue of the deployment of the CMB App to a personal device, a data processing system having one or more processors and a memory are employed by the application to perform relevant functions.

30.     On information and belief, the memory is encoded with instructions such that when executed, the instructions cause the processor(s) to perform the operation of (a) receiving user information from a user to generate a unique user profile for the user.

31.     Specifically, the CMB App requires registration prior to use and therefore the user must provide specific information to generate a unique profile.  This may be accomplished by providing preliminary information and log-in credentials.

32.     Accordingly, during registration the CMB App receives user information such as date of birth, zip code, email, etc., which causes the generation of a unique profile.

33.     Claim 1 recites that a processor performs the operation of (b) providing the user with a first polling question having a finite set of answers and a unique identification.  In this regard, the CMB App prompts the user to participate in polling

questions.  The first question asks about the gender with which the user identifies.

 

34.   In the event the user identifies as a woman, the box with the word "woman" below an icon of lipstick is intended to be selected by the user.

35.   On the same screen, the user is asked the gender of the person with whom the user would like to connect.



36.   In the event the user is looking to connect with a man, the box with the word "man" below a mustache is intended to be selected by the user (rendering it a "unique identification").  The answer corresponding to the first polling question (a woman looking to connect with a man) is subsequently (c) received and stored by the processor.

37.   The user is then asked to share a location to discovery matches nearby.



COMPLAINT FOR PATENT INFRINGEMENT

1

2      38.    The answers are then used to identify suitable matches by (d) comparing

3 them against the selected answers of other users (based on the unique identification) to

4 generate a likelihood of match between the user and other users.

5      39.    This is confirmed when the user profiles of one or more other users that

6 have a likelihood of match within a predetermined threshold are displayed to the user.

7

8

9

10

11

12      

13

14

15

16

17

18      40.    The display of other matched users and associated profiles confirms that

19 the answer to at least the first polling question (*i.e.*, woman looking to connect with a

20 man) was received, stored and compared to generate a match as evidenced by a picture

21 and a reference to the pronoun "he" displayed on the profile of the match (red arrow).

22      41.    On information and belief, CMB infringes additional claims of the '321

23 Patent directed to methods for creating a poll-based network.

24                          **COUNT I**

25            **Patent Infringement Under 35 U.S.C. § 271**

26      42.    Trinity repeats and realleges the allegations in paragraphs 1 to 41 above

27 as if fully set forth herein.

28      43.    CMB has directly infringed, is directly infringing and will continue to

directly infringe, literally or under the doctrine of equivalents, one or more claims of the '321 Patent under 35 U.S.C § 271(a) by making, using, selling, and/or offering for sale the CMB App.

44.    CMB has infringed, is infringing, and will continue to infringe, literally and under the doctrine of equivalents, by inducing the infringement of others, of one or more claims of the '321 Patent under 35 U.S.C § 271(b) by making, using, selling, and/or offering for sale the CMB App.

45.    CMB has infringed, is infringing, and will continue to infringe, literally or under the doctrine of equivalents, by contributing to the infringement of others, of one or more claims of the '321 Patent under 35 U.S.C § 271(c) by making, using, selling, and/or offering for sale the CMB App.

46.    CMB's acts of patent infringement are willful.

47.    Trinity has no adequate remedy at law.

48.    CMB's patent infringement is causing irreparable injury to Trinity and, unless enjoined, will continue to cause irreparable injury.

49.    As a result of CMB's intentional and willful infringement, Trinity is entitled to an injunction and damages in a sum to be determined.

**PRAYER FOR RELIEF**

WHEREFORE, Trinity demands judgment in its favor on its Complaint and request the following relief:

1.    Enter a judgment that CMB has infringed and/or is infringing one or more claims of the '321 Patent under 35 U.S.C. § 271;

2.    Permanently enjoin CMB, their respective officers, agents, servants, directors, and employees, and all individuals in active concert or participation with each, from directly or indirectly infringing the '321 Patent; or inducing or contributing to the infringement by others of the '321 Patent;

3.    Award Trinity damages adequate to compensate for CMB's infringing acts, at a minimum at reasonable royalty, in accordance with 35 U.S.C. § 284;

4.      Increase Trinity's damages award up to three times, in view of CMB's willful infringement, in accordance with 35 U.S.C. § 284;

5.      Award Trinity interest and costs pursuant to 35 U.S.C. § 284;

6.      Declare this case exceptional under 35 U.S.C. § 285 and award Trinity its attorneys' fees, expenses and costs incurred in this action; and

7.      Award such other relief as this Court deems just and proper.

### JURY DEMAND

Trinity hereby demands a trial by jury on all issues so triable as a matter of right.

Dated: October 9, 2020                              Respectfully submitted,

By:   *s/ Ashley D. Posner*
Ashley D. Posner (CA Bar # 106195)
*ashleyposner@gmail.com*
POSNER LAW CORPORATION
15303 Ventura Boulevard, Suite 900
Sherman Oaks, California 91403
Telephone No. (310) 475-8520
Facsimile No. (818) 986-2203

**Exhibit A**

US009087321B2

(12) **United States Patent**
Neal et al.

(10) **Patent No.:**  **US 9,087,321 B2**
(45) **Date of Patent:**  **Jul. 21, 2015**

(54) **POLL-BASED NETWORKING SYSTEM**

(75) Inventors: **David Shaun Neal**, Tuxedo, NY (US);
**Timothy Beggy**, Pittsburgh, PA (US)

(73) Assignee: **TRINITY INTEL MEDIA, LLC**,
Pittsburgh, PA (US)

( * ) Notice:  Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 1009 days.

(21) Appl. No.: **12/951,332**

(22) Filed:  **Nov. 22, 2010**

(65)  **Prior Publication Data**

US 2011/0214068 A1  Sep. 1, 2011

**Related U.S. Application Data**

(60) Provisional application No. 61/309,038, filed on Mar.
1, 2010.

(51) **Int. Cl.**
*G06F 3/01*  (2006.01)
*G06Q 10/10*  (2012.01)
*G06F 17/30*  (2006.01)

(52) **U.S. Cl.**
CPC ...... *G06Q 10/10* (2013.01); *G06F 3/01* (2013.01);
*G06F 17/30* (2013.01)

(58) **Field of Classification Search**
CPC .................................. G06F 17/30; G06F 3/01

USPC .................................................. 715/744, 751
See application file for complete search history.

(56)  **References Cited**

U.S. PATENT DOCUMENTS

2009/0287763 A1* 11/2009 Svendsen et al. ............. 709/203
2012/0296749 A1* 11/2012 Zuckerberg et al. ....... 705/14.71

* cited by examiner

*Primary Examiner* — Andrea Leggett
(74) *Attorney, Agent, or Firm* — Risso & Associates

(57)  **ABSTRACT**

Described is a poll-based networking system. The system
provides an on-line network of friends that are determined
through polling each of the users. This system polls a user
with a variety of questions. After providing an answer to each
question, the system compares, in real-time, the current user's
responses with all other users' responses to identify those
users that most similarly answered the questions to that of the
current user. As the current user progressively answers addi-
tional questions, the system progressively updates the match-
ing and presentation of similar users. As such, as the current
user navigates the website by answering polling questions,
the selected answers are compared against the selected
answers of other users to generate a likelihood of match
between the user and each of the other users. The user profiles
of other users that have a likelihood of match within a prede-
termined threshold are then presented.

**27 Claims, 9 Drawing Sheets**



Receive user information from a user to generate a unique user profile for the user — 100

Provide the user a first polling question that has a finite set of answers and a unique identification. — 102

Receive and store a selected answer for the first polling questions. — 104

Compare the selected answer against the selected answers of other users, based on the unique identification, to generate a likelihood of match between the user and each of the other users. — 106

Repeat the process for a plurality of next polling questions; where upon receipt of each answer, the selected answers for the user are cumulatively compared against all of the selected answers of all other users to generate the likelihood of match. — 108

Display to the user the user profiles of other users that have a likelihood of match within a predetermined threshold — 110



FIG. 1

100

Receive user information from a user to generate a unique user profile for the user

102

Provide the user a first polling question that has a finite set of answers and a unique identification.

104

Receive and store a selected answer for the first polling questions.

106

Compare the selected answer against the selected answers of other users, based on the unique identification, to generate a likelihood of match between the user and each of the other users.

108

Repeat the process for a plurality of next polling questions; where upon receipt of each answer, the selected answers for the user are cumulatively compared against all of the selected answers of all other users to generate the likelihood of match.

110

Display to the user the user profiles of other users that have a likelihood of match within a predetermined threshold



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8A




FIG. 8B

US 9,087,321 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**POLL-BASED NETWORKING SYSTEM**

### PRIORITY CLAIM

The present application is a non-provisional patent application of U.S. Provisional Application No. 61/309,038, filed on Mar. 1, 2010, entitled, "Poll-Based Networking System."

### FIELD OF INVENTION

The present invention relates to a networking system and, more particularly, to a networking system that connects users based on similarities as determined through poll answering and provides real-time results to the users.

### BACKGROUND OF INVENTION

With the advent of the interne, a plethora of social networking websites have been established. By way of example, MySpace® and Facebook® are internet-based networking sites that allow users to create and participate in social networks. Such social networking sites share several common characteristics in that they allow users to create profiles, find friends to create friend groups, and share information with individuals in their friend groups.

In finding friends or creating friend groups, existing sites allow users to search various fields or categories. For example, Facebook® allows users to search through a user database to identify individuals that went to a common high school or university. Alternatively, such sites may ask what high school the user went to and provides suggested friends who also attended the same high school. In providing such a question, the site is querying or polling the user to match the user with other similar users.

While the sites may query the user to classify the user with a similar group of people, such sites do not provide a progressive poll query that, in real-time, matches the user with other users based upon all of the polls taken. In other words, existing sites maintain a database with user profiles. When a new user registers on an existing site, the site may attempt to match the user profile with existing user profiles as stored on a database. While such existing sites match a collective user profile against predefined categories, they do not progressively poll and match the user against all other users after each query item.

Thus, a continuing need exists for a poll-based networking system that includes matching logic that is operable for matching, in real-time, a user with other users based upon all of the polls taken by the user and other users.

### SUMMARY OF INVENTION

The present invention is directed to a poll-based networking system that connects users based on similarities as determined through poll answering and provides real-time results to the users. While considering the failure of others to make use of all of the above components in this technology space, the inventors unexpectedly realized that using a plurality of match servers would allow the system to quickly connect the users based on their similarities.

Thus, the present invention includes a data processing system having one or more processors and a memory. The memory is specifically encoded with instructions such that when executed, the instructions cause the one or more processors to perform operations of:

    receiving user information from a user to generate a unique user profile for the user;

    providing the user a first polling question, the first polling question having a finite set of answers and a unique identification;

    receiving and storing a selected answer for the first polling question;

    comparing the selected answer against the selected answers of other users, based on the unique identification, to generate a likelihood of match between the user and each of the other users; and

    displaying to the user the user profiles of other users that have a likelihood of match within a predetermined threshold.

Additionally, the one or more processors are further configured to perform operations of:

    providing the user with a next polling question, the next polling question having a finite set of answers and a unique identification;

    receiving and storing a selected answer for the next polling question;

    cumulatively comparing the selected answer for the first polling question and the next polling question against the selected answers of other users to generate a likelihood of match between the user and each of the other users;

    displaying to the user the user profiles of other users that have a likelihood of match within a predetermined threshold; and

    repeating the process for a plurality of next polling questions.

In cumulatively comparing, the one or more processors are further configured to perform operations of:

    matching the user to other users based upon all of the selected answers by the user and all of the selected answers by the other users, such that all of the selected answers by the user are compared to all of the selected answers of all of the other users; and

    generating a likelihood of mach between the user and each of the other users as a match percentage.

Additionally, in generating a likelihood of match between the user and each of the other users as a match percentage, the one or more processors are further configured to perform operations of:

    determining a total number of polling questions as taken by the user and a selected other user;

    determining a number of same selected answers between the user and the selected other user; and

    dividing the number of same selected answers by the total number of polling questions to generate the mach percentage between the user and the selected other user.

The system is also operable for performing operations of:

    receiving match commands to identify users that fall within a maximum and minimum match percentage between the user and other users; and

    displaying to the user a maximum number of members that fall within the maximum and minimum match percentage.

In another aspect, the one or more processors are also configured to perform operations of:

    collecting the selected answers with a web server and storing the selected answers in a database;

    upon receipt of a selected answer, separately transmitting the selected answer from the web server, through a match aggregator, to a plurality of match servers, each match server being assigned a distinct subset of the other users, such that each match server compares the selected answer of the user against the selected answers of the

US 9,087,321 B2

3

4

users in its distinct subset to generate a likelihood of match between the user and each of the users in its distinct subset;

receiving in the match aggregator, from each match server, a likelihood of match between the user and the users in the distinct subset;

compiling the likelihood of matches from the plurality of match servers to generate the likelihood of match between the user and each of the other users; and

transmitting the likelihood of match between the user and each of the other users to the web server for further processing.

Finally, the present invention also includes a computer implemented method and a corresponding computer program product. The method comprises an act of causing a computer having one or more processors and a memory specifically encoded with computer executable instruction means to execute the instruction means to cause the one or more processors to perform the operations described herein, while the computer program product comprises computer-readable instruction means stored on a non-transitory computer-readable medium that are executable by a computer for causing the computer to perform said operations.

BRIEF DESCRIPTION OF THE DRAWINGS

The objects, features and advantages of the present invention will be apparent from the following detailed descriptions of the various aspects of the invention in conjunction with reference to the following drawings, where:

FIG. **1** is a flow chart depicting a process for poll-based networking according to the present invention;

FIG. **2** is a flow chart depicting a general process according to the present invention;

FIG. **3** is a flow chart depicting various components of the present invention;

FIG. **4** is an illustration depicting an array as used by a match server of the present invention;

FIG. **5** is a flow chart depicting a process as implemented by a match aggregator according to the present invention;

FIG. **6** is a block diagram depicting the components of a data processing system of the present invention;

FIG. **7** is an illustration of a computer program product embodying the present invention;

FIG. **8**A is a conceptual view of a system on which one or more of the described aspects may be implemented; and

FIG. **8**B is a conceptual view of a system according to the present invention.

DETAILED DESCRIPTION

The present invention relates to a networking system and, more particularly, to a networking system that connects users based on similarities as determined through poll answering and provides real-time results to the users. The following description is presented to enable one of ordinary skill in the art to make and use the invention and to incorporate it in the context of particular applications. Various modifications, as well as a variety of uses in different applications will be readily apparent to those skilled in the art, and the general principles defined herein may be applied to a wide range of embodiments. Thus, the present invention is not intended to be limited to the embodiments presented, but is to be accorded the widest scope consistent with the principles and novel features disclosed herein.

In the following detailed description, numerous specific details are set forth in order to provide a more thorough understanding of the present invention. However, it will be apparent to one skilled in the art that the present invention may be practiced without necessarily being limited to these specific details. In other instances, well-known structures and devices are shown in block diagram form, rather than in detail, in order to avoid obscuring the present invention.

The reader's attention is directed to all papers and documents which are filed concurrently with this specification and which are open to public inspection with this specification, and the contents of all such papers and documents are incorporated herein by reference. All the features disclosed in this specification, (including any accompanying claims, abstract, and drawings) may be replaced by alternative features serving the same, equivalent or similar purpose, unless expressly stated otherwise. Thus, unless expressly stated otherwise, each feature disclosed is one example only of a generic series of equivalent or similar features.

Furthermore, any element in a claim that does not explicitly state "means for" performing a specified function, or "step for" performing a specific function, is not to be interpreted as a "means" or "step" clause as specified in 35 U.S.C. Section 112, Paragraph 6. In particular, the use of "step of" or "act of" in the claims herein is not intended to invoke the provisions of 35 U.S.C. 112, Paragraph 6.

Before describing the invention in detail, first a glossary of terms used in the description and claims is provided. Next, a description of various principal aspects of the present invention is provided. Subsequently, an introduction provides the reader with a general understanding of the present invention. Next, details of the present invention are provided to give an understanding of the specific aspects. Finally, a conclusion is presented.

(1) GLOSSARY

Before describing the specific details of the present invention, a glossary is provided in which various terms used herein and in the claims are defined. The glossary provided is intended to provide the reader with a general understanding of the intended meaning of the terms, but is not intended to convey the entire scope of each term. Rather, the glossary is intended to supplement the rest of the specification in more accurately explaining the terms used.

Alternative—The term "alternative" as used with respect to this invention generally indicates an embodiment that is not equivalent to another embodiment.

Embodiment—The term "embodiment" means an embodiment that serves to illustrate by way of example but not limitation.

Instruction Means—The term "instruction means" or "instructions" as used with respect to this invention generally indicates a set of operations to be performed on a computer, and may represent pieces of a whole program or individual, separable, software modules. Non-limiting examples of "instruction means" or "instructions" include computer program code (source or object code) and "hard-coded" electronics (i.e. computer operations coded into a computer chip). The "instruction means" (or instructions) may be stored in the memory of a computer or on a non-transitory computer-readable medium such as a floppy disk, a CD-ROM, and a flash drive (or any other non-transitory computer readable medium).

Polling Question—The term "polling question" as used with respect to this invention generally indicates a question

US 9,087,321 B2

5

that has multiple answers. The polling question is presented to the user for selection of one of the answers.

(2) PRINCIPAL ASPECTS

The present invention has three "principal" aspects. The first is poll-based networking system. The networking system is typically in the form of a computer system having one or more data processors operating software or in the form of a "hard-coded" instruction set. This system may be incorporated into a wide variety of devices that provide different functionalities. The second principal aspect is a computer implemented method, typically in the form of software, operated using a data processing system (computer or computers). The third principal aspect is a computer program product. The computer program product generally represents computer-readable instruction means stored on a non-transitory computer-readable medium such as an optical storage device, e.g., a compact disc (CD) or digital versatile disc (DVD), or a magnetic storage device such as a floppy disk or magnetic tape. Other, non-limiting examples of computer-readable media include hard disks, read-only memory (ROM), and flash-type memories. These aspects will be described in more detail below.

(3) INTRODUCTION

The present invention relates to a poll-based networking system. The system provides an on-line network of friends or affiliations that are determined through polling each of the users. As an improvement over the prior art, the present invention polls a user with a variety of questions. After providing an answer to each question, the system compares, in real-time, the current user's responses with all other users' responses to identify those users that most similarly answered the questions to that of the current user. As the current user progressively answers additional questions, the system progressively updates the matching and presentation of similar users. As such, as the current user navigates the website by answering polling questions, the selected answers are compared against the selected answers of other users to generate a likelihood of match between the user and each of the other users. The user profiles of other users that have a likelihood of match within a predetermined threshold are then presented to the current user.

To provide real-time polling and matching, the present invention includes a unique matching logic that enables the system to efficiently manage a large number of members/users. The system is provided in further detail below.

(4) DETAILS OF THE INVENTION

The present invention relates to a website and web accessible database, computer program product, computer implemented method, and data processing system that operate as a social networking website. In general and as depicted in FIG. 1, the present invention includes one or more processors that are specifically configured to operate as follows. At initiation, the processor(s) receives user information 100 from a user to generate a unique user profile for the user. After generating and/or saving the user profile, the user is provided a first polling question 102 that has a finite set of answers and a unique identification.

The user is provided the polling question via a computer or other networked device. Thus, the system includes members (i.e., users) that answer polls with a finite set of answers (for example, ten; however, any number of answers can be

6

included). Each user can only provide one answer to one poll. Each poll answer has a unique ID within that poll, starting at 0 and going to N−1 where N is the number of answers.

In providing the finite set of answers, the user can select one of the answers via any suitable selection method as is commonly employed through computing systems, such as highlighting an answer, etc. Thereafter, the system receives and stores 104 a selected answer for the first polling question. The selected answer is then compared 106 against the selected answers of other users, based on the unique identification (i.e., for that same question), to generate a likelihood of match between the user and each of the other users. Finally, the user profiles of other users that have a likelihood of match within a predetermined threshold are displayed 108 to the user via a monitor or other display device. As a non-limiting example, the user profiles of the top-five users that most closely match the current user are presented to the current user.

To more closely match users with similarly minded users, the system cumulatively collects information regarding multiple polling questions. For example, the user is provided with a next polling question having a finite set of answers and a unique identification, with the system thereafter receiving and storing the selected answer. This process is repeated 110 for a plurality of next polling questions. Upon receipt of each answer, the selected answers for the user are cumulatively compared against all of the selected answers of all other users to generate the likelihood of match.

As can be appreciated by one skilled in the art, there are numerous techniques for determining a likelihood of match between two particular users, a non-limiting example of which includes a match percentage. To determine the match percentage between two particular users, the total number of polling questions as taken by the user and a selected other user is determined. Next, the number of same selected answers between the user and the selected other user is determined. Finally, the number of same selected answers can be divided by the total number of polling questions to generate the mach percentage between the two users.

In other words, after a member answers a poll, the member is matched to all other members based upon the poll they just answered and all other polls they have previously answered. Their answers are compared to all of the other answers of polls taken by all other users. A match percentage is formed and reported back to the user (e.g., in descending order). The match algorithm allows for a maximum and minimum percentage match as well as a maximum number of hits. As a non-limiting example, the application may request that the match server return the top 20 members with a 50% to 59% match.

The process by which the answers are stored and compared provides a unique function to the present invention that allows for nearly instant results. Generally speaking and as shown in FIG. 2, the system receives a match request 201, linearly searches and compares 203 a user selected answers against other users' answers, and provides a sorted result list 205 which is used display the most relevant matches.

As shown in FIG. 3, the selected answers 200 are collected with a web server 202 and stored in a database, a non-limiting example of which includes a MySQL database. The database can be stored in one form in memory and, in parallel, on disk. Upon receipt of a selected answer, the selected answer is separately transmitted from the web server 202, through a match aggregator 204, to a plurality of match servers 206. Thus, the poll answers are transmitted to each of the match

US 9,087,321 B2

7
8

servers **204** as polls are answered, over a TCP/IP socket connection. In this manner all match servers **204** are kept synchronized.

Each match server **206** is assigned a distinct subset of the other users, such that each match server **206** compares the selected answer **200** of the user against the selected answers of its distinct subset to generate a likelihood of match between the user and the users in its distinct subset.

As shown in FIG. **4**, in comparing the selected answer of the user against the selected answers of its distinct subset to generate a likelihood of match between the user and the users in its distinct subset, each match server **206** stores selected answers **400** N as an in memory, two-dimensional array, with n bytes per selected answer **400** N and m rows per user **402** M. N is the number of responses (answers) and M is the number of users, while n is the number of bytes per selected response and m is the number of rows per user. As can be appreciated by one skilled in the art, n and m are any real numbers. Although not limited thereto, the two-dimensional array desirably includes one byte per selected answer **400** N and one row per user **402** M. For example, if user 7 answers poll 5 with response 2, then the array row 7, byte 5 is set to 2. The response number 255 is reserved to indicate that the given poll has not yet been answered. As can be appreciated by one skilled in the art, the number 255 is arbitrary and is simply a marker for a non-answered question. This design allows for very rapid comparison and aggregation of result values even with a large number of polls and members. The in-memory, two-dimensional array provides for linear speed across all match servers and an almost immediate comparison to determine if a particular user had a same answer to that of another user with respect to a particular polling question. Thus, each match server can quickly generate a likelihood of match between the user and the subset of users (distinct subsets).

Thereafter and as shown in FIG. **5**, the match aggregator **204** receives from each match server **206** a likelihood of match between the user and its distinct subset (i.e., the likelihood of matches between the user and each of the other users in each distinct subset). In a result assembly **500**, the match aggregator **204** then compiles the likelihood of matches from the plurality of match servers **206** to generate the likelihood of match between the user and each of the other users (which provides real time updates of the distributed match servers **206**). The results are then organized into a result list **502** (e.g., ascending or descending order) which is then transmitted to the web server (i.e., element **202** in FIG. **3**) for further processing. The web server **202** then displays to the user profiles other users that are most similar or otherwise fall within the predetermined threshold.

The system consists of multiple servers which can reside on the same or different physical machines. Each server is aware of the other servers by settings in a database. At startup, the servers load their base information from the database. Each match server is assigned a range of member IDs and only deals with matching those members. The match aggregator server farms out the match requests and re-aggregates them as the results arrive. The match aggregator is responsible for transmitting the member poll answer information to each server and then waiting for all results to be received, sorting those results and transmitting them back to the web server. By using a "divide and conquer" design, the system can scale to a nearly unlimited number of members and polls. Due to Ethernet bandwidth limitations, a practical limit is about 1,000,000 polls answered per member; however it would take a person about 2 years to answer 1,000,000 polls if they answered one poll a minute 24 hours a day seven days a week.

A block diagram depicting the components of a poll-based networking system (or server) of the present invention is provided in FIG. **6**. Each server **600** comprises an input **602** for receiving information from a user (e.g., a polling answer, etc.). Note that the input **602** may include multiple "ports." Typically, input is received from a user or other servers. An output **604** is connected with the processor for providing user/match/answer information to other systems in order that a network of computer systems may serve as a poll-based networking system. Output may also be provided to other devices or other programs; e.g., to other software modules, for use therein. The input **602** and the output **604** are both coupled with a processor **606** (or processors), which may be a general-purpose computer processor or a specialized processor designed specifically for use with the present invention. The processor(s) **606** is coupled with a memory **608** to permit storage of data and software that are to be manipulated by commands to the processor **606**.

An illustrative diagram of a computer program product embodying the present invention is depicted in FIG. **7**. The computer program product is depicted as a floppy disk **700** or an optical disk **702** such as a CD or DVD. However, as mentioned previously, the computer program product generally represents computer-readable instructions stored on any compatible non-transitory computer-readable medium.

FIGS. **8**A and **8**B depict a conceptual view of a system on which, by way of example but not limitation, one or more of the described embodiments may be implemented. The following description of FIGS. **8**A and **8**B is intended to provide an overview of computer hardware and other operating components suitable for performing the methods of embodiments described herein, but is not intended to limit the applicable environments. Similarly, the computer hardware and other operating components may be suitable as part of the apparatuses of embodiments described herein. Other embodiments can be practiced with other computer system configurations, including hand-held devices, multiprocessor systems, microprocessor-based or programmable consumer electronics, network PCs, minicomputers, mainframe computers, and the like. Other embodiments can also be practiced in distributed computing environments where tasks are performed by remote processing devices that are linked through a communications network.

FIG. **8**A depicts a networked system **800** that includes several computer systems coupled together through a network **802**, such as the Internet. The term "Internet" as used herein refers to a network of networks which uses certain protocols, such as the TCP/IP protocol, and possibly other protocols such as the hypertext transfer protocol (HTTP) for hypertext markup language (HTML) documents that make up the World Wide Web (the web). The physical connections of the Internet and the protocols and communication procedures of the Internet are well known to those of skill in the art.

The web server computer **804** (also depicted as element **202** in FIG. **3**) is typically at least one computer system which operates as a server computer system and is configured to operate with the protocols of the World Wide Web and is coupled to the Internet. The web server computer **804** can be a conventional server computer system. Optionally, the web server computer **804** can be part of an ISP which provides access to the Internet for member systems. The web server computer **804** is shown coupled to the server computer **806** which itself is coupled to web content **808**, which can be considered a form of a media database. While two computers **804** and **806** are shown in FIG. **8**A, the web server computer **804** and the server computer **806** can be one computer system having different software components providing the web

US 9,087,321 B2

9

10

server functionality and the server functionality provided by the server computer **806**, which will be described further below. Further, the web server computer **804** can be inclusive of the match aggregator and/or match server or connected with the match aggregator, etc., as depicted in FIG. **3**.

Access to the network **802** is typically provided by Internet service providers (ISPs), such as the ISPs **810** and **816**. Users on member systems, such as member computer systems **812**, **818**, **822**, and **826** obtain access to the Internet through the ISPs **810** and **816**. Access to the Internet allows users of the member computer systems to exchange information, receive and send e-mails, and view documents, such as documents which have been prepared in the HTML format. These documents are often provided by web servers, such as web server **804**, which are referred to as being "on" the Internet. Often these web servers are provided by the ISPs, such as ISP **810**, although a computer system can be set up and connected to the Internet without that system also being an ISP.

Member computer systems **812**, **818**, **822**, and **826** can each, with the appropriate web browsing software, view HTML pages provided by the web server **804**. The ISP **810** provides Internet connectivity to the member computer system **812** through the network interface **814** (e.g., modem, T1, cable, wireless, etc.), which can be considered part of the member computer system **812**. The member computer system can be a personal computer system, a network computer, a web TV system, or other computer system. While FIG. **8A** shows the network interface **814** generically as a "modem," the interface can be an analog modem, ISDN modem, cable modem, satellite transmission interface (e.g. "direct PC"), wireless, T1, or any other interface for coupling a computer system to other computer systems.

Similar to the ISP **814**, the ISP **816** provides Internet connectivity for member systems **818**, **822**, and **826**, although as shown in FIG. **8A**, the connections are not the same for these three computer systems. Member computer system **818** is coupled through a network interface **820** while member computer systems **822** and **826** are part of a LAN **830**.

Member computer systems **822** and **826** are coupled to the LAN **830** through network interfaces **824** and **828**, which can be Ethernet network or other network interfaces. The LAN **830** is also coupled to a gateway computer system **832** which can provide firewall and other Internet-related services for the local area network. This gateway computer system **832** is coupled to the ISP **816** to provide Internet connectivity to the member computer systems **822** and **826**. The gateway computer system **832** can be a conventional server computer system.

Alternatively, a server computer system **834** can be directly coupled to the LAN **830** through a network interface **836** to provide files **838** and other services to the members **822** and **826**, without the need to connect to the Internet through the gateway system **832**.

FIG. **8B** depicts another example of a computer system **840** for use in the system **800** (FIG. **8A**). The computer system **840** may be a conventional computer system that can be used as a member computer system or a server computer system or as a web server computer system. Such a computer system can be used to perform many of the functions of an Internet service provider, such as ISP **810** (FIG. **8A**). The computer system **840** includes a computer **842**, I/O devices **844**, and a display device **846**. The computer **842** includes a processor **848**, a communications interface **850**, memory **852**, display controller **854**, non-volatile storage **856**, and I/O controller **858**. The computer system **840** may be couple to or include the I/O devices **844** and display device **846**.

The computer **842** interfaces to external systems through the communications interface **850**, which may include a modem or network interface. It will be appreciated that the communications interface **850** can be considered to be part of the computer system **840** or a part of the computer **842**. The communications interface can be an analog modem, isdn modem, cable modem, token ring interface, satellite transmission interface (e.g. "direct PC"), or other interfaces for coupling a computer system to other computer systems.

The processor **848** may be, for example, a conventional microprocessor such as an Intel Pentium microprocessor or Motorola power PC microprocessor. The memory **852** is coupled to the processor **848** by a bus **860**. The memory **852** can be dynamic random access memory (DRAM) and can also include static ram (SRAM). The bus **860** couples the processor **848** to the memory **852**, also to the non-volatile storage **856**, to the display controller **854**, and to the I/O controller **858**.

The I/O devices **844** can include a keyboard, disk drives, printers, a scanner, and other input and output devices, including a mouse or other pointing device. The display controller **854** may control in the conventional manner a display on the display device **846**, which can be, for example, a cathode ray tube (CRT) or liquid crystal display (LCD). The display controller **854** and the I/O controller **858** can be implemented with conventional well known technology.

The non-volatile storage **856** is often a magnetic hard disk, an optical disk, or another form of storage for large amounts of data. Some of this data is often written, by a direct memory access process, into memory **852** during execution of software in the computer **842**. One of skill in the art will immediately recognize that the terms "machine-readable medium" or "computer-readable medium" includes any type of storage device that is accessible by the processor **848** and also encompasses a carrier wave that encodes a data signal.

The computer system **840** is one example of many possible computer systems which have different architectures. For example, personal computers based on an Intel microprocessor often have multiple buses, one of which can be an I/O bus for the peripherals and one that directly connects the processor **848** and the memory **852** (often referred to as a memory bus). The buses are connected together through bridge components that perform any necessary translation due to differing bus protocols.

Network computers are another type of computer system that can be used with the present invention. Network computers do not usually include a hard disk or other mass storage, and the executable programs are loaded from a network connection into the memory **852** for execution by the processor **848**. A Web TV system, which is known in the art, is also considered to be a computer system according to the present invention, but it may lack some of the features shown in FIG. **8B**, such as certain input or output devices. A typical computer system will usually include at least a processor, memory, and a bus coupling the memory to the processor.

In addition, the computer system **840** is controlled by operating system software which includes a file management system, such as a disk operating system, which is part of the operating system software. One example of an operating system software with its associated file management system software is the family of operating systems known as Windows® from Microsoft Corporation of Redmond, Wash., and their associated file management systems. Another example of operating system software with its associated file management system software is the Linux operating system and its associated file management system. The file management system is typically stored in the non-volatile storage **856** and

11
12

causes the processor **848** to execute the various acts required by the operating system to input and output data and to store data in memory, including storing files on the non-volatile storage **856**.

Some portions of the detailed description are presented in terms of algorithms and symbolic representations of operations on data bits within a computer memory. These algorithmic descriptions and representations are the means used by those skilled in the data processing arts to most effectively convey the substance of their work to others skilled in the art. An algorithm is here, and generally, conceived to be a self-consistent sequence of operations leading to a desired result. The operations are those requiring physical manipulations of physical quantities. Usually, though not necessarily, these quantities take the form of electrical or magnetic signals capable of being stored, transferred, combined, compared, and otherwise manipulated. It has proven convenient at times, principally for reasons of common usage, to refer to these signals as bits, values, elements, symbols, characters, terms, numbers, or the like.

It should be borne in mind, however, that all of these and similar terms are to be associated with the appropriate physical quantities and are merely convenient labels applied to these quantities. Unless specifically stated otherwise as apparent from the following discussion, it is appreciated that throughout the description, discussions utilizing terms such as "processing" or "computing" or "calculating" or "determining" or "displaying" or the like, refer to the action and processes of a computer system, or similar electronic computing device, that manipulates and transforms data represented as physical (electronic) quantities within the computer system's registers and memories into other data similarly represented as physical quantities within the computer system memories or registers or other such information storage, transmission or display devices.

The present invention, in some embodiments, also relates to apparatus for performing the operations herein. This apparatus may be specially constructed for the required purposes, or it may comprise a general purpose computer selectively activated or reconfigured by a computer program stored in the computer. Such a computer program may be stored in a computer readable storage medium, such as, but is not limited to, any type of disk including floppy disks, optical disks, CD-ROMs, and magnetic-optical disks, read-only memories (ROMs), random access memories (RAMs), EPROMs, EEPROMs, magnetic or optical cards, or any type of media suitable for storing electronic instruction means, and each coupled to a computer system bus.

The algorithms and displays presented herein are not inherently related to any particular computer or other apparatus. Various general purpose systems may be used with programs in accordance with the teachings herein, or it may prove convenient to construct more specialized apparatus to perform the methods of some embodiments. The required structure for a variety of these systems will appear from the description provided herein. In addition, the present invention is not described with reference to any particular programming language, and various embodiments may thus be implemented using a variety of programming languages.

While a number of exemplary aspects and embodiments have been discussed above, those of skill in the art will recognize certain modifications, permutations, additions, and sub-combinations thereof. It is therefore intended that any claims hereafter introduced based upon these descriptions and drawings are interpreted to include all such modifications, permutations, additions, and sub-combinations as are within their true spirit and scope.

## (5) CONCLUSION

In summary, the present invention improves upon the prior art by providing a poll-based networking system that provides users with a series of polling questions and matches the user with other users that similarly answered the polling questions. In operation, the system uses a distributed architecture of match servers and a match aggregator. An in-memory array is used for comparing poll answers and aggregating results in real time, which provides for real-time updates of the distributed servers. Through the in-memory array, the system displays to the user, in real-time, other matched users based upon all of the polls taken.

What is claimed is:

**1.** A poll-based networking system, comprising:

a data processing system having one or more processors and a memory, the memory being specifically encoded with instructions such that when executed, the instructions cause the one or more processors to perform operations of:

receiving user information from a user to generate a unique user profile for the user;

providing the user a first polling question, the first polling question having a finite set of answers and a unique identification;

receiving and storing a selected answer for the first polling question;

comparing the selected answer against the selected answers of other users, based on the unique identification, to generate a likelihood of match between the user and each of the other users; and

displaying to the user the user profiles of other users that have a likelihood of match within a predetermined threshold.

**2.** The poll-based networking system as set forth in claim **1**, wherein the one or more processors are further configured to perform operations of:

providing the user with a next polling question, the next polling question having a finite set of answers and a unique identification;

receiving and storing a selected answer for the next polling question;

cumulatively comparing the selected answer for the first polling question and the next polling question against the selected answers of other users to generate a likelihood of match between the user and each of the other users;

displaying to the user the user profiles of other users that have a likelihood of match within a predetermined threshold; and

repeating the process for a plurality of next polling questions.

**3.** The poll-based networking system as set forth in claim **2**, wherein in cumulatively comparing, the one or more processors are further configured to perform operations of:

matching the user to other users based upon all of the selected answers by the user and all of the selected answers by the other users, such that all of the selected answers by the user are compared to all of the selected answers of all of the other users; and

generating a likelihood of match between the user and each of the other users as a match percentage.

**4.** The poll-based networking system as set forth in claim **3**, wherein in generating a likelihood of match between the user and each of the other users as a match percentage, the one or more processors are further configured to perform operations of:

US 9,087,321 B2

13

determining a total number of polling questions as taken by the user and a selected other user;

determining a number of same selected answers between the user and the selected other user; and

dividing the number of same selected answers by the total number of polling questions to generate the match percentage between the user and the selected other user.

**5**. The poll-based networking system as set forth in claim **4**, wherein the one or more processors is further configured to perform operations of:

receiving match commands to identify users that fall within a maximum and minimum match percentage between the user and other users; and

displaying to the user a maximum number of members that fall within the maximum and minimum match percentage.

**6**. The poll-based networking system as set forth in claim **5**, wherein the one or more processors is further configured to perform operations of:

collecting the selected answers with a web server and storing the selected answers in a database;

upon receipt of a selected answer, separately transmitting the selected answer from the web server, through a match aggregator, to a plurality of match servers, each match server being assigned a distinct subset of the other users, such that each match server compares the selected answer of the user against the selected answers of the users in its distinct subset to generate a likelihood of match between the user and each of the users in its distinct subset;

receiving in the match aggregator, from each match server, a likelihood, of match between the user and the users in the distinct subset;

compiling the likelihood of matches from the plurality of match servers to generate the likelihood of match between the user and each of the other users; and

transmitting the likelihood of match between the user and each of the other users to the web server for further processing.

**7**. The poll-based networking system as set forth in claim **6**, wherein in comparing the selected answer of the user against the selected answers of the users in its distinct subset to generate a likelihood of match between the user and the users in its distinct subset, each match server is further configured to store selected answers as an in memory, two-dimensional array, with n bytes per selected answer and m rows per user.

**8**. The poll-based networking system as set forth in claim **1**, wherein the one or more processors is further configured to perform operations of:

collecting the selected answers with a web server and storing the selected answers in a database;

upon receipt of a selected answer, separately transmitting the selected answer from the web server, through a match aggregator, to a plurality of match servers, each match server being assigned a distinct subset of the other users, such that each match server compares the selected answer of the user against the selected answers of the users in its distinct subset to generate a likelihood of match between the user and each of the users in its distinct subset;

receiving in the match aggregator, from each match server, a likelihood of match between the user and the users in the distinct subset;

compiling the likelihood of matches from the plurality of match servers to generate the likelihood of match between the user and each of the other users; and

14

transmitting the likelihood of match between the user and each of the other users to the web server for further processing.

**9**. The poll-based networking system as set forth in claim **8**, wherein in comparing the selected answer of the user against the selected answers of the users in its distinct subset to generate a likelihood of match between the user and the users in its distinct subset, each match server is further configured to store selected answers as an in memory, two-dimensional array, with n bytes per selected answer and m rows per user.

**10**. A computer-implemented method for creating a poll-based network, the method comprising an act of causing a computer having one or more processors and a memory specifically encoded with computer executable instruction means to execute the instruction means to cause the one or more processors to perform operations of:

receiving user information from a user to generate a unique user profile for the user;

providing the user a first polling question, the first polling question having a finite set of answers and a unique identification;

receiving and storing a selected answer for the first polling question;

comparing the selected answer against the selected answers of other users, based on the unique identification, to generate a likelihood of match between the user and each of the other users; and

displaying to the user the user profiles of other users that have a likelihood of match within a predetermined threshold.

**11**. The computer implemented method as set forth in claim **10**, further comprising operations of:

providing the user with a next polling question, the next polling question having a finite set of answers and a unique identification;

receiving and storing a selected answer for the next polling question;

cumulatively comparing the selected answer for the first polling question and the next polling question against the selected answers of other users to generate a likelihood of match between the user and each of the other users;

displaying to the user the user profiles of other users that have a likelihood of match within a predetermined threshold; and

repeating the process for a plurality of next polling questions.

**12**. The computer implemented method as set forth in claim **11**, wherein, in cumulatively comparing, further comprising an act of causing the one or more processors to perform operations of:

matching the user to other users based upon all of the selected answers by the user and all of the selected answers by the other users, such that all of the selected answers by the user are compared to all of the selected answers of all of the other users; and

generating a likelihood of match between the user and each of the other users as a match percentage.

**13**. The computer implemented method as set forth in claim **12**, wherein in generating a likelihood of match between the user and each of the other users as a match percentage, further comprising an act of causing the one or more processors to perform operations of:

determining a total number of polling questions as taken by the user and a selected other user;

determining a number of same selected answers between the user and the selected other user; and

15                                                                    16

dividing the number of same selected answers by the total number of polling questions to generate the match percentage between the user and the selected other user.

**14**. The computer implemented method as set forth in claim **13**, further comprising an act of causing the one or more processors to perform operations of:

receiving match commands to identify users that fall within a maximum and minimum match percentage between the user and other users; and

displaying to the user a maximum number of members that fall within the maximum and minimum match percentage.

**15**. The computer implemented method as set forth in claim **14**, further comprising an act of causing the one or more processors to perform operations of:

collecting the selected answers with a web server and storing the selected answers in a database;

upon receipt of a selected answer, separately transmitting the selected answer from the web server, through a match aggregator, to a plurality of match servers, each match server being assigned a distinct subset of the other users, such that each match server compares the selected answer of the user against the selected answers of the users in its distinct subset to generate a likelihood of match between the user and each of the users in its distinct subset;

receiving in the match aggregator, from each match server, a likelihood of match between the user and the users in the distinct subset;

compiling the likelihood of matches from the plurality of match servers to generate the likelihood of match between the user and each of the other users; and

transmitting the likelihood of match between the user and each of the other users to the web server for further processing.

**16**. The computer implemented method as set forth in claim **15**, wherein in comparing the selected answer of the user against the selected answers of the users in its distinct subset to generate a likelihood of match between the user and the users in its distinct subset, each match server is further configured to store selected, answers as an in memory, two-dimensional array, with n bytes per selected answer and m rows per user.

**17**. The computer implemented method as set forth in claim **10**, further comprising an act of causing the one or more processors to perform operations of:

collecting the selected answers with a web server and storing the selected answers in a database;

upon receipt of a selected answer, separately transmitting the selected answer from the web server, through a match aggregator, to a plurality of match servers, each match server being assigned a distinct subset of the other users, such that each match server compares the selected answer of the user against the selected answers of the users in its distinct subset to generate a likelihood of match between the user and each of the users in its distinct subset;

receiving in the match aggregator, from each match server, a likelihood of match between the user and the users in the distinct subset;

compiling the likelihood of matches from the plurality of match servers to generate the likelihood of match between the user and each of the other users; and

transmitting the likelihood of match between the user and each of the other users to the web server for further processing.

**18**. The computer implemented method as set forth in claim **17**, wherein in comparing the selected answer of the user against the selected answers of the users in its distinct subset to generate a likelihood of match between the user and the users in its distinct subset, each match server is further configured to store selected answers as an in memory, two-dimensional array, with n bytes per selected answer and m rows per user.

**19**. A computer program product for creating a poll-based network, the computer program product comprising computer-readable instruction means stored on a non-transitory computer-readable medium that are executable by a computer for causing the computer to perform operations of:

receiving user information from a user to generate a unique user profile for the user;

providing the user a first polling question, the first polling question having a finite set of answers and a unique identification;

receiving and storing a selected answer for the first polling question;

comparing the selected answer against the selected answers of other users, based on the unique identification, to generate a likelihood of match between the user and each of the other users; and

displaying to the user the user profiles of other users that have a likelihood of match within a predetermined threshold.

**20**. The computer program product as set forth in claim **19**, further comprising instruction means for causing the computer to perform operations of:

providing the user with a next polling question, the next polling question having a finite set of answers and a unique identification;

receiving and storing a selected answer for the next polling question;

cumulatively comparing the selected answer for the first polling question and the net polling question against the selected answers of other users to generate a likelihood of match between the user and each of the other users;

displaying to the user the user profiles of other users that have a likelihood of match within a predetermined threshold; and

repeating the process for a plurality of next polling questions.

**21**. The computer program product as set forth in claim **20**, further comprising instruction means for causing the computer to perform operations of:

matching the user to other users based upon all of the selected answers by the user and all of the selected answers by the other users, such that all of the selected answers by the user are compared to all of the selected answers of all of the other users; and

generating a likelihood of match between the user and each of the other users as a match percentage.

**22**. The computer program product as set forth in claim **21**, further comprising instruction means for causing the computer to perform operations of:

determining a total number of polling questions as taken by the user and a selected other user;

determining a number of same selected answers between the user and the selected other user; and

dividing the number of same selected answers by the total number of polling questions to generate the match percentage between the user and the selected other user.

**23**. The computer program product as set forth in claim **22**, further comprising instruction means for causing the computer to perform operations of:

US 9,087,321 B2

<table>
<tr><td>17</td><td>18</td></tr>
</table>

receiving match commands to identify users that fall within a maximum and minimum match percentage between the user and other users; and

displaying to the user a maximum number of members that fall within the maximum and minimum match percentage.

**24**. The computer program product as set forth in claim **23**, further comprising instruction means for causing the computer to perform operations of:

collecting the selected answers with a web server and storing the selected answers in a database;

upon receipt of a selected answer, separately transmitting the selected answer from the web server, through a match aggregator, to a plurality of match servers, each match server being assigned a distinct subset of the other users, such that each match server compares the selected answer of the user against the selected answers of the users in its distinct subset to generate a likelihood of match between the user and each of the users in its distinct subset;

receiving in the match aggregator, from each match server, a likelihood of match between the user and the users in the distinct subset;

compiling the likelihood of matches from the plurality of match servers to generate the likelihood of match between the user and each of the other users; and

transmitting the likelihood of match between the user and each of the other users to the web server for further processing.

**25**. The computer program product as set forth in claim **24**, wherein in comparing the selected answer of the user against the selected answers of the users in its distinct subset to generate a likelihood of match between the user and the users in its distinct subset, each match server is further configured

to store selected answers as an in memory, two-dimensional array, with n bytes per selected answer and m rows per user.

**26**. The computer program product as set forth in claim **19**, further comprising instruction means for causing the computer to perform operations of:

collecting the selected answers with a web server and storing the selected answers in a database;

upon receipt of a selected answer, separately transmitting the selected answer from the web server, through a match aggregator, to a plurality of match servers, each match server being assigned a distinct subset of the other users, such that each match server compares the selected answer of the user against the selected answers of the users in its distinct subset to generate a likelihood of match between the user and each of the users in its distinct subset;

receiving in the match aggregator, from each match server, a likelihood of match between the user and the users in the distinct subset;

compiling the likelihood of matches from the plurality of match servers to generate the likelihood of match between the user and each of the other users; and

transmitting the likelihood of match between the user and each of the other users to the web server for further processing.

**27**. The computer program product as set forth in claim **26**, wherein in comparing the selected answer of the user against the selected answers of the users in its distinct subset to generate a likelihood of match between the user and the users in its distinct subset, each match server is further configured to store selected answers as an in memory, two-dimensional array, with n bytes per selected answer and m rows per user.

\*  \*  \*  \*  \*